**2010–1553.   State v. Weakley.**
Cuyahoga App. No. 93282, 2010-Ohio-2464. On motion for leave to file delayed appeal. Motion denied.
   BROWN, C.J., and PFEIFER and O'CONNOR, JJ., dissent.

**2010–1596.   State v. Willis.**
Franklin App. No. 08AP–536, 2009-Ohio-325. On motion for leave to file delayed appeal. Motion denied.

**2010–1598.   State v. Hill.**
Franklin App. No. 09AP–398, 2010-Ohio-1687. On motion for leave to file delayed appeal. Motion denied.
   BROWN, C.J., and PFEIFER, J., dissent.

**2010–1602.   State v. Lumpkin.**
Licking App. No. 2009 CA 00109, 2010-Ohio-3124. On motion for leave to file delayed appeal. Motion denied.
   BROWN, C.J., and PFEIFER, J., dissent.

**2010–1626.   State v. Gibson.**
Allen App. No. 1–10–35. On motion for leave to file delayed appeal. Motion denied.
   BROWN, C.J., dissents.

**2010–1629.   State v. Draper.**
Jefferson App. No. 07 JE 45, 2009-Ohio-1023. On motion for leave to file delayed appeal. Motion denied.

**2010–1636.   State v. Gunnell.**
Clark App. No. 09–CA–0013, 2010-Ohio-4415. On motion to vacate stay of execution of court of appeals' judgment. Motion denied.
   BROWN, C.J., and PFEIFER, J., dissent and would grant the motion and release the appellee subject to bail.

**2010–1648.   LaSalle Bank Natl. Assn. v. Belle Meadows Suites, L.P.**
Montgomery App. No. 23766, 2010-Ohio-3773. On motion for stay of court of appeals' judgment. Motion denied.
   LANZINGER, J., dissents.